UNITED STATES DISTRIC COURT
DISTRICT OF COLUMBIA

Rodney Eugene Smith,
    Appellant,

v                        Case No.:

United State,
    Appellee.
_____/

State of Florida)
           ) ss
County of Sumter)

## Motion and Affidavit for Permission to Appeal in Forma Pauperis

Appellant request this Honorable Court to grant permission to appeal the attached Denial of Tort Claims as Appellant is indigent at this time. The following information is provided.

| Income Source | Average monthly during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | Me | Spouse | Me | Spouse |
| Employment | 0 | 0 | 0 | 0 |
| Self-employment | 0 | 0 | 0 | 0 |
| Income from real property (rental income) | 0 | 0 | 0 | 0 |
| Interest and dividends | 0 | 10 | 0 | 10 |
| Gifts | 0 | 0 | 0 | 0 |
| Alimony | 0 | 0 | 0 | 0 |
| Child support | 0 | 0 | 0 | 0 |
| Retirement | 1200 | 300 | 1200 | 300 |
| Disability | 0 | 0 | 0 | 0 |
| Public-assistance | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Other | | 0 | 0 | 0 | 0 |
| Total monthly income | | 1200 | 300 | 1200 | 300 |

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self-employed | Albany, NY | Sep 76-Jun 90 | 600/700 |
| Air Force | | Feb 56-Sep 76 | |

Spouse was not employed

| Financial Institution | Type of account | Amount have | Amount spouse has |
|---|---|---|---|
| Wacitovia | checking | 1200 monthly retirement payment | 300 Social Security |

| Home (value) | Other property (value) | Motor vehicles |
|---|---|---|
| $69,000 | N/A | Buick 1996 Century |

No one owes Appellant or wife any money.

My wife, Bonnie Lee Smith, relies on me for support. Her age is 68.

Monthly Expenses:

| | Appellant | Spouse |
|---|---|---|
| Rent | 0 | 0 |
| Utilities | 0 | 200 |
| Home maintenance | 0 | 50 |
| Food | 0 | 350 |
| Clothing | 0 | 30 |
| Laundry & dry-cleaning | 0 | 20 |
| Medical & dental expenses | 0 | 200 |
| Transporatation | 0 | 150 |
| Recreation | 0 | 0 |
| Insurance | | |
|     Homeowner's or renter's | 0 | 100 |
|     Life | 0 | 20 |
|     Health | 0 | 150 |

|  |  |  |
|---|---|---|
| Motor vehicle | 0 | 80 |
| Taxes (property) | 0 | 110 |

No installment payments.

| | | |
|---|---|---|
| Church donations | 0 | 20 |

No major changes in our financial situation is expected in the forseeable future.

"Inability to pay costs so as to permit an appeal to be taken in forma pauperis does not require absolute destitution; rather the question is whether the appellant can afford court costs without undue hardship." United States v Slater, D.C. Del. 1982, 96 F.R.D. 53 (taken from FRAP 24 note 5).

I, Rodney Eugene Smith, being first duly sworn, depose and say that I am the Appellant in the above entitled case; that in support of this motion to proceed without being required to pay court fees, I state that because of my present financial position, it would creat a hardship on Appellant and my wife to pay the costs of said proceeding or give security therefor; I believe I am entitled to relief.

*Rodney Eugene Smith*
Rodney Eugene Smith
FCC, Low, Unit C-3
P.O. Box 1031
Coleman, Fl, 33521-1031

FCC Coleman, Florida Sumter County

Subscribed and sworn before me this
5th day of January, 2006.

_____
Case Manager

Authorized by the Act of July 7, 1955, as amended, to administer oaths (18 USC§4004.)

3



## All Transactions

| | |
|---|---|
| Inmate Reg #: 03898088 | Current Institution: Coleman FCC |
| Inmate Name: SMITH, RODNEY | Housing Unit: C 3/4 |
| Report Date: 01/03/2006 | Living Quarters: C11-055L |
| Report Time: 6:59:24 AM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/31/2005 6:24:43 AM | AMService | ITS Withdrawal | ($5.00) | ITS1231 | | $20.17 |
| 12/31/2005 5:30:27 AM | AMSERVICE | Lockbox - CD | $25.00 | 70148501 | | $25.17 |
| 12/20/2005 8:03:39 PM | COA3035 | Sales | ($4.95) | 108 | | $0.17 |
| 12/13/2005 2:28:15 PM | COA3035 | Sales | ($0.65) | 66 | | $5.12 |
| 12/13/2005 2:26:04 PM | COA3035 | Sales | ($19.45) | 65 | | $5.77 |
| 12/10/2005 7:00:14 AM | AMService | ITS Withdrawal | ($5.00) | ITS1210 | | $25.22 |
| 12/9/2005 12:42:07 PM | COA2005 | FRP Quarterly Pymt | ($25.00) | IIS006 | | $30.22 |
| 12/9/2005 5:36:41 AM | AMSERVICE | Lockbox - CD | $50.00 | 70147001 | | $55.22 |
| 12/6/2005 2:03:16 PM | COA3000 | Sales | ($6.75) | 34 | | $5.22 |
| 11/29/2005 1:54:23 PM | COA3034 | Sales | ($12.35) | 51 | | $11.97 |
| 11/22/2005 7:08:19 PM | AMService | ITS Withdrawal | ($13.00) | ITS1122 | | $24.32 |
| 11/22/2005 6:55:30 PM | COA3035 | Sales | ($9.65) | 128 | | $37.32 |
| 11/16/2005 5:20:56 AM | AMSERVICE | Lockbox - CD | $25.00 | 70145401 | | $46.97 |
| 11/15/2005 6:11:50 PM | COA3000 | Sales | ($10.05) | 103 | | $21.97 |
| 11/9/2005 7:37:54 PM | AMService | ITS Withdrawal | ($10.00) | ITS1109 | | $32.02 |
| 11/8/2005 2:27:53 PM | COA3035 | Sales | ($8.90) | 46 | | $42.02 |
| 11/6/2005 5:24:06 AM | AMSERVICE | Lockbox - CD | $50.00 | 70144802 | | $50.92 |
| 11/5/2005 6:28:56 AM | AMService | ITS Withdrawal | ($2.00) | ITS1105 | | $0.92 |
| 11/1/2005 2:41:42 PM | COA3000 | Sales | ($8.05) | 86 | | $2.92 |
| 10/25/2005 2:37:33 PM | COA3035 | Sales | ($10.95) | 49 | | $10.97 |
| 10/19/2005 5:23:19 AM | AMSERVICE | Lockbox - CD | $20.00 | 70143501 | | $21.92 |
| 10/18/2005 2:03:00 PM | COA3000 | Sales | ($4.90) | 45 | | $1.92 |
| 10/16/2005 7:36:16 AM | AMService | ITS Withdrawal | ($10.00) | ITS1016 | | $6.82 |
| 10/12/2005 3:01:16 PM | COA3035 | Sales | ($12.55) | 67 | | $16.82 |
| 10/9/2005 7:06:27 AM | AMService | ITS Withdrawal | ($5.00) | ITS1009 | | $29.37 |
| 10/4/2005 7:30:16 PM | COA3035 | Sales | ($17.15) | 125 | | $34.37 |
| 10/1/2005 12:12:02 PM | AMService | ITS Withdrawal | ($5.00) | ITS1001 | | $51.52 |
| 9/30/2005 5:28:38 AM | AMSERVICE | Lockbox - CD | $50.00 | 70142301 | | $56.52 |
| 9/25/2005 8:12:33 AM | AMService | ITS Withdrawal | ($5.00) | ITS0925 | | $6.52 |
| 9/19/2005 2:49:42 PM | COA3025 | Sales | ($3.70) | 39 | | $11.52 |
| 9/19/2005 2:46:19 PM | COA3035 | Sales | ($0.95) | 43 | | $15.22 |
| 9/17/2005 10:06:24 AM | AMService | ITS Withdrawal | ($5.00) | ITS0917 | | $16.17 |
| 9/16/2005 5:29:50 AM | AMSERVICE | Lockbox - CD | $20.00 | 70141301 | | $21.17 |
| 9/12/2005 2:23:59 PM | COA3035 | Sales | ($3.80) | 40 | | $1.17 |
| 9/7/2005 2:37:28 PM | COA3034 | Sales | ($26.30) | 153 | | $4.97 |
| 9/4/2005 6:54:33 AM | AMService | ITS Withdrawal | ($10.00) | ITS0904 | | $31.27 |
| 9/3/2005 5:26:05 AM | AMSERVICE | Lockbox - CD | $40.00 | 70140501 | | $41.27 |
| 8/29/2005 6:08:21 PM | COA3035 | Sales | ($5.55) | 34 | | $1.27 |
| 8/29/2005 6:07:54 PM | COA3025 | Sales | ($1.85) | 73 | | $6.82 |
| 8/22/2005 2:43:27 PM | COA3025 | Sales | ($2.65) | 40 | | $8.67 |
| 8/20/2005 7:33:45 AM | AMService | ITS Withdrawal | ($10.00) | ITS0820 | | $11.32 |
| 8/19/2005 5:24:07 AM | AMSERVICE | Lockbox - CD | $20.00 | 70139401 | | $21.32 |
| 8/15/2005 7:01:57 PM | COA3034 | Sales | ($3.90) | 108 | | $1.32 |
| 8/13/2005 6:53:35 AM | AMService | ITS Withdrawal | ($3.00) | ITS0813 | | $5.22 |
| 8/8/2005 7:46:08 PM | COA3025 | Sales | ($4.60) | 133 | | $8.22 |
| 8/5/2005 9:07:18 AM | COA2010 | Payroll - IPP | $0.12 | JV0362 | | $12.82 |
| 8/1/2005 2:15:11 PM | COA3007 | Sales | ($24.90) | 29 | | $12.70 |
| 7/30/2005 7:33:57 AM | AMService | ITS Withdrawal | ($10.00) | ITS0730 | | $37.60 |
| 7/30/2005 5:23:55 AM | AMSERVICE | Lockbox - CD | $40.00 | 70138001 | | $47.60 |
| 7/27/2005 5:14:10 PM | AMService | ITS Withdrawal | ($3.00) | ITS0727 | | $7.60 |

1 2



## Inmate Inquiry

| Inmate Reg #: | 03898088 | Current Institution: | Coleman FCC |
| --- | --- | --- | --- |
| Inmate Name: | SMITH, RODNEY | Housing Unit: | C 3/4 |
| Report Date: | 01/03/2006 | Living Quarters: | C11-035L |
| Report Time: | 6:58:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 7/25/2005 2:39:22 PM | COA3034 | Sales | ($7.40) | 48 | | $10.60 |
| 7/25/2005 2:37:25 PM | COA3025 | Sales | ($3.40) | 20 | | $18.00 |
| 7/25/2005 5:18:02 AM | AMSERVICE | Lockbox - CD | $20.00 | 70137503 | | $21.40 |
| 7/18/2005 7:01:47 PM | COA3034 | Sales | $0.60 | 94 | | $1.40 |
| 7/18/2005 6:59:58 PM | COA3034 | Sales | ($16.20) | 93 | | $0.80 |
| 7/11/2005 2:41:35 PM | COA3025 | Sales | ($28.90) | 27 | | $17.00 |
| 7/10/2005 5:16:06 AM | AMSERVICE | Lockbox - CD | $40.00 | 70136502 | | $45.90 |
| 7/8/2005 9:01:42 AM | COA2010 | Payroll - IPP | $0.12 | JV0318 | | $5.90 |
| 7/6/2005 3:18:29 PM | COA3027 | Sales | ($19.10) | 227 | | $5.78 |
| 7/1/2005 5:22:34 AM | AMSERVICE | Lockbox - CD | $15.00 | 70136001 | | $24.88 |
| 6/28/2005 4:55:36 PM | AMService | ITS Withdrawal | ($1.00) | ITS0628 | | $9.88 |
| 6/28/2005 4:53:51 PM | AMService | ITS Withdrawal | ($22.00) | ITS0628 | | $10.88 |
| 6/28/2005 5:26:45 AM | AMSERVICE | Lockbox - CD | $25.00 | 70135701 | | $32.88 |
| 6/23/2005 2:15:41 PM | COA3030 | Sales | ($30.00) | 35 | | $7.88 |
| 6/23/2005 5:15:44 AM | AMSERVICE | Lockbox - CD | $37.00 | 70135401 | | $37.88 |
| 6/16/2005 2:08:11 PM | COA3029 | Sales | ($34.60) | 26 | | $0.88 |
| 6/15/2005 4:50:24 PM | AMService | ITS Withdrawal | ($15.00) | ITS0615 | | $35.48 |
| 6/13/2005 5:22:15 AM | AMSERVICE | Lockbox - CD | $50.00 | 70134603 | | $50.48 |
| 6/10/2005 11:12:24 AM | COA2010 | FRP Quarterly Pymt | $0.00 | IIS018 | | $0.48 |
| 6/10/2005 8:31:14 AM | COA2010 | Payroll - IPP | $0.12 | JV0288 | | $0.48 |
| 6/2/2005 5:02:01 PM | AMService | ITS Withdrawal | ($3.00) | ITS0602 | | $0.36 |
| 6/1/2005 3:14:16 PM | COA3000 | Sales | ($8.00) | 244 | | $3.36 |
| 5/26/2005 2:19:20 PM | COA3024 | Sales | ($13.00) | 44 | | $11.36 |
| 5/23/2005 8:25:16 PM | AMService | ITS Withdrawal | ($6.00) | ITS0523 | | $24.36 |
| 5/19/2005 6:12:05 PM | COA3000 | Sales | ($14.15) | 90 | | $30.36 |
| 5/16/2005 7:46:25 PM | AMService | ITS Withdrawal | ($12.00) | ITS0516 | | $44.51 |
| 5/16/2005 5:24:59 AM | AMSERVICE | Lockbox - CD | $50.00 | 70132703 | | $56.51 |
| 5/12/2005 2:52:06 PM | COA3002 | Sales | ($1.95) | 70 | | $6.51 |
| 5/6/2005 8:05:24 AM | COA2010 | Payroll - IPP | $0.12 | JV0239 | | $8.46 |
| 5/5/2005 6:54:59 PM | COA3024 | Sales | ($16.05) | 114 | | $8.34 |
| 4/28/2005 2:10:56 PM | COA3024 | Sales | ($6.00) | 42 | | $24.39 |
| 4/21/2005 7:06:21 PM | COA3000 | Sales | ($6.35) | 118 | | $30.39 |
| 4/19/2005 4:44:16 PM | AMService | ITS Withdrawal | ($15.00) | ITS0419 | | $36.74 |
| 4/19/2005 5:40:06 AM | AMSERVICE | Lockbox - CD | $50.00 | 70130801 | | $51.74 |
| 4/14/2005 2:43:20 PM | COA3002 | Sales | ($1.00) | 59 | | $1.74 |
| 4/14/2005 2:39:46 PM | COA3024 | Sales | ($35.05) | 59 | | $2.74 |
| 4/8/2005 8:37:08 AM | COA2010 | Payroll - IPP | $0.12 | JV0206 | | $37.79 |
| 4/7/2005 2:12:50 PM | COA3024 | Sales | ($14.50) | 43 | | $37.67 |
| 4/5/2005 5:45:14 AM | AMSERVICE | Lockbox - CD | $50.00 | 70129801 | | $52.17 |

1 2